JEREMIAH J. PETERS *v.* DEPARTMENT OF
MOTOR VEHICLES ET AL.
(10489)

DALY, O'CONNELL and NORCOTT, Js.

Argued January 10—decision released January 28, 1992

*Douglas T. Barall,* for the appellant (defendant).

*Robert T. Morrin,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (state).

PER CURIAM. The judgment is affirmed.